GEORGE F. KUGLER, JR., ATTORNEY GENERAL OF
NEW JERSEY v. JOHN MARTIN.

October 1, 1974. Petition for certification denied.

JULIUS GERO v. GILBERT CUTLER.

October 1, 1974. Petition for certification granted.

BROOKSIDE HILLS, INC. v. JOHN OUGHTON.

October 1, 1974. Petition for certification denied.

CATHERINE TENORE v. NU CAR CARRIERS, INC.

October 1, 1974. Petition for certification granted.

MOTOR FINANCE CORP. v. DIRECTOR, DIV. OF TAXATION.

October 1, 1974. Petition for certification denied. (See
129 *N. J. Super.* 19)

MOTOR FINANCE CORP. v.
SIDNEY GLASER, ACTING DIRECTOR.

October 1, 1974. Petition for certification denied.